4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

v.

KEITH DEWAYNE NICHOLS,

Defendant.
_______________________________/

Case: 2:26-cr-20546
Assigned To : DeClercq, Susan K.
Referral Judge: Grand, David R.
Assign. Date : 8/20/2026
Description: IND USA V KEITH DEWAYNE NICHOLS (SS)

Violations:
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(e)(1)

# Indictment

The Grand Jury charges that:

## Count One

### Possession of a Firearm by a Convicted Felon
### 18 U.S.C. § 922(g)(1)

On or about October 1, 2025, in the Eastern District of Michigan, the defendant, KEITH DEWAYNE NICHOLS, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Smith & Wesson 9mm pistol and a Western Field 12-guage shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

The defendant, KEITH DEWAYNE NICHOLS, having at least three previous convictions for a violent felony or a serious drug offense, committed on occasions different from one another, is subject to penalties provided under Title 18, United States Code, Section 924(e)(1).

**Forfeiture Allegations**

The allegations contained in Count One of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461(c).

Under Title 18, United States Code, Section 924(d)(1) together with Title 28, United States Code, Section 2461(c), upon conviction of the offense charged in violation of Title 18, United States Code, Section 922(g) set forth in Count One of this Indictment, the defendant, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation(s) of the offense, including, but not limited to:

- One Smith & Wesson 9mm pistol bearing serial number JHT3987; and

- One Western Field 12-guage shotgun bearing serial number M550ABD.

**This is a True Bill.**

/s/ Grand Jury Foreperson
Grand Jury Foreperson

JEROME F. GORGON Jr.
United States Attorney

/s/ Thomas Franzinger
Thomas Franzinger
Chief, Organized Crime Unit

/s/ Lena M. Gonzalez
Lena M. Gonzalez
Assistant United States Attorney

Dated: August 20, 2026

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** |
|---|---|

Case: 2:26-cr-20546
Assigned To : DeClercq, Susan K.
Referral Judge: Grand, David R.
Assign. Date : 8/20/2026
Description: IND USA V KEITH
DEWAYNE NICHOLS (SS)

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** s/LG |

**Case Title:** USA v. Keith Dewayne Nichols

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓_Indictment/____Information --- based upon prior complaint [**Case number:** 25-mj-30624 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ________________ **Judge:** ________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 20, 2026
Date

s/Lena Gonzalez

Lena Gonzalez
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone:313-226-9100
E-Mail address: Lena.Gonzalez@usdoj.gov
Attorney Bar #: P81330

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.